UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LETICIA ERMEY,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 3:16-cv-05865 JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 4; Consent to Proceed Before a United States Magistrate Judge, Dkt. 5). This matter is before the Court on plaintiff's Motion for Equal Access to Justice Act Fees (*see* Dkt. 15). Defendant has no objection to plaintiff's motion (*see* Dkt. 18).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (*see* Dkt. 15), the attorney declaration (*see* Dkt. 16), the memorandum of law in support of the motion (*see* Dkt. 17), the time and costs itemizations (*see* Dkt. 15, Attachment 1), and the

relevant record, it is hereby ORDERED that EAJA attorney's fees of $5,528.05 shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

It is further ORDERED that costs in the amount of $400.00 shall be awarded to plaintiff pursuant to 28 U.S.C. §1920.

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees and costs is entered to determine if the EAJA fees and costs are subject to any offset. If it is determined that plaintiff's EAJA fees and costs are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to D. James Tree, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Written Fee Agreement, Dkt. 15, Attachment 2). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be direct deposited into the Tree Law Office account or mailed to plaintiff's counsel, D. James Tree, Esq., at Tree Law Office, 3711 Englewood Avenue, Yakima, WA 98902.

Dated this 5th day of December, 2017.

J. Richard Creatura
United States Magistrate Judge